| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Jordan, Kent A. | 2. Court or Organization<br><br>3d Circuit | 3. Date of Report<br><br>05/14/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>844 King Street<br>Lock Box 10<br>Wilmington, DE 19801 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____  _____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Member of Executive Committee | Richard S. Rodney Inn of Court |
| 2.   Advisory Board Member | Georgetown University E-Discovery Institute |
| 3.   Board Member | Ministry of Caring |
| 4.   Board Member | Sacred Heart Village |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Jordan, Kent A.

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2/2009 | Vanderbilt University - teaching | $8,000.00 |
| 2. 09/2009 | University of Pennsylvania School of Law - teaching | $10,000 |
| 3. 09/2009 | Vanderbilt University - teaching | $8,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/09-3/09 | Home Instead Senior Center - hourly |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | PSS Systems, Inc | 1/22-23/09 | Jacksonville, FL | Speaker at seminar | food, lodging, and transportation |
| 2. | Vanderbilt University | 2/6-13/09 | Nashville, TN | teaching | food, lodging and transportation |
| 3. | Brigham Young University | 2/13-14/09 | Boston, MA | Speaker at seminar | food, lodging and transportation |
| 4. | Univ. of Pennsylvania Law School | 3/26/09 | Philadelphia, PA | Speaker at program | transportation |
| 5. | Univ. of Pennsylvania Law School; | 4/1/09 | Philadelphia, PA | Speaker at program | transportation |
| 6. | Boston University | 4/7-8/09 | Boston, MA | Judge Moot Ct. Finals | food, lodging and transportation |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Jordan, Kent A. | 05/14/2010 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 7. | Practicing Law Institute | 5/1/09 | New York, NY | Speaker at seminar | food and transportation |
| 8. | Federal Circuit Bar Assn. | 6/18-20/09 | White Sulpher Springs, WV | conference participant | food, lodging and transportation |
| 9. | Vanderbuilt University | 10/11-18/09 | Nashville, TN | teach | food, lodging and transportation |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab U.S. Treasury Money Fund | A | Dividend | K | T | | | | | |
| 2. Gateway Index Plus Fund | | None | J | T | Buy | 01/05/09 | J | | |
| 3. | | | | | Buy (add'l) | 01/07/09 | J | | |
| 4. | | | | | Sold (part) | 02/20/09 | J | | |
| 5. | | | | | Sold | 02/24/09 | J | | |
| 6. | | | | | Buy (add'l) | 04/13/09 | J | | |
| 7. Loomis Sayles Bond | | None | K | T | Buy | 01/22/09 | K | | |
| 8. | A | Dividend | J | T | Buy (add'l) | 01/29/09 | J | | |
| 9. | A | Dividend | J | T | Buy (add'l) | 02/24/09 | J | | |
| 10. | A | Dividend | J | T | Buy (add'l) | 03/24/09 | J | | |
| 11. | A | Dividend | J | T | Buy (add'l) | 04/28/09 | J | | |
| 12. | A | Dividend | J | T | Buy (add'l) | 05/27/09 | J | | |
| 13. | A | Dividend | J | T | Buy (add'l) | 06/23/09 | J | | |
| 14. | A | Dividend | J | T | Buy (add'l) | 07/28/09 | J | | |
| 15. | A | Dividend | J | T | Buy (add'l) | 08/25/09 | J | | |
| 16. | A | Dividend | J | T | Buy (add'l) | 09/22/09 | J | | |
| 17. | A | Dividend | J | T | Buy (add'l) | 10/27/09 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | A | Dividend | J | T | Buy (add'l) | 11/24/09 | J | | |
| 19. | A | Dividend | J | T | Buy (add'l) | 12/11/09 | J | | |
| 20. Rydex Inverse Gov Long | | None | | | Buy | 01/22/09 | J | | |
| 21. | | | | | Buy (add'l) | 01/29/09 | J | | |
| 22. | | | | | Sold (part) | 03/20/09 | J | | |
| 23. | | | | | Sold | 04/02/09 | J | | |
| 24. Gateway Index Plus Fund | | None | J | T | Buy | 04/02/09 | J | | |
| 25. | | | | | Buy (add'l) | 04/14/09 | J | | |
| 26. | A | Dividend | J | T | Buy (add'l) | 06/26/09 | J | | |
| 27. | A | Dividend | J | T | Buy (add'l) | 09/25/09 | J | | |
| 28. | A | Dividend | J | T | Buy (add'l) | 12/22/09 | J | | |
| 29. Ivy Asset Strategy | | None | J | T | Buy | 04/06/09 | J | | |
| 30. | | | | | Buy (add'l) | 04/13/09 | J | | |
| 31. | A | Dividend | J | T | Buy (add'l) | 12/10/09 | J | | |
| 32. ProFunds Rising Rates Opportunity Fund | | None | | | Buy | 05/28/09 | J | | |
| 33. | | | | | Buy (add'l) | 07/08/09 | J | | |
| 34. | | | | | Sold (part) | 07/31/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and B4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 08/18/09 | J | | |
| 36. Pioneer High Yield Fund Class A | | None | K | T | Buy | 06/03/09 | K | | |
| 37. | A | Dividend | J | T | Buy (add'l) | 06/30/09 | J | | |
| 38. | A | Dividend | J | T | Buy (add'l) | 07/31/09 | J | | |
| 39. | A | Dividend | J | T | Buy (add'l) | 08/31/09 | J | | |
| 40. | A | Dividend | J | T | Buy (add'l) | 09/30/09 | J | | |
| 41. | A | Dividend | J | T | Buy (add'l) | 10/30/09 | J | | |
| 42. | A | Dividend | J | T | Buy (add'l) | 11/30/09 | J | | |
| 43. | A | Dividend | J | T | Buy (add'l) | 12/31/09 | J | | |
| 44. American Fund Growth Fund of Am. | | None | J | T | Buy | 07/22/09 | J | | |
| 45. | | | J | T | Buy (add'l) | 08/31/09 | J | | |
| 46. | A | Dividend | J | T | Buy (add'l) | 12/21/09 | J | | |
| 47. American Century Equity-Income | | None | J | T | Buy | 08/07/09 | J | | |
| 48. | | | J | T | Buy (add'l) | 08/27/09 | J | | |
| 49. | A | Dividend | J | T | Buy (add'l) | 09/15/09 | J | | |
| 50. | A | Dividend | J | T | Buy (add'l) | 12/29/09 | J | | |
| 51. Pioneer Global High Yield A | | None | J | T | Buy | 09/10/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | J | T | Buy (add'l) | 09/15/09 | J | | |
| 53. | A | Dividend | J | T | Buy (add'l) | 09/30/09 | J | | |
| 54. | A | Dividend | J | T | Buy (add'l) | 10/30/09 | J | | |
| 55. | A | Dividend | J | T | Buy (add'l) | 11/30/09 | J | | |
| 56. | A | Dividend | J | T | Buy (add'l) | 12/31/09 | J | | |
| 57. Fidelity Investment - Delaware College Investment (Y) | | | | | | | | | |
| 58. Fidelity Investment - Delaware College Investment (Y) | | | | | | | | | |
| 59. Fidelity Investment - Delaware College Investment (Y) | | | | | | | | | |
| 60. Fidelity Investment - Delaware College (Y) | | | | | | | | | |
| 61. ING Direct (Money Market Accts) (Y) | | | | | | | | | |
| 62. Texaco/Chevron Corp. Common Stock | A | Dividend | J | T | | | | | |
| 63. Texaco/Chevron Corp. Common Stock | A | Dividend | J | T | | | | | |
| 64. Texaco/Chevron Corp. Common Stock | A | Dividend | J | T | | | | | |
| 65. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/14/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544